```
                              United States Bankruptcy Court
                                    District of Nevada
In re:                                                                    Case No. 19-12796-abl
THOMAS L. VATER                                                           Chapter 11
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0978-2           User: carruthnp              Page 1 of 2              Date Rcvd: May 06, 2019
                               Form ID: 309E                Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2019.
db             +THOMAS L. VATER,    8100 SAPPHIRE BAY CIR,    LAS VEGAS, NV 89128-7737
10787046       +Black & LoBello Attorneys at Law,    10777 W Twain Ave #300,    Las Vegas, NV 89135-3038
10787047       +CAPITAL ONE / Saks Fifth Avenue,    Acct No xxxxxx 1205,    Attn: Managing Officer,
                 P.O. BOX 60504,    City of Industry, CA 91716-0504
10787048        CAPITAL ONE /Neiman Marcus,    Acct No xxxxxx 0000,    Attn: Managing Officer,   P.O. BOX 5235,
                 Carol Stream, IL 60197-5235
10787049       +CHASE BANK,    Acct No xxxxxx1938,   Attention Managing Officer,   PO BOX 182613,
                 Columbus, OH 43218-2613
10787051       +CHASE BANK,    Acct No xxxxxx 1724,    PO BOX 24696,    Columbus, OH 43224-0696
10787038        CLARK COUNTY TREASURER,    BOX 551220,    500 SOUTH GRAND CENTRAL PKWY,
                 Las Vegas, NV 89155-1220
10787037        Clark County Assessor,    500 S. Grand Centra Parkway, 2nd Floor,    Las Vegas, NV 89151-4010
10787052       +Clifton Larson Allen LLP,    10845 Griffith Peak Drive, Suite 550,    Las Vegas, NV 89135-1570
10787039       +DEPT OF EMPLOYMENT, TRAINING & REHAB,    EMPLOYMENT SECURITY DIVISION,    500 EAST THIRD STREET,
                 Carson City, NV 89713-0002
10787040        DEPT OF MOTOR VEHICLES,    PUBLIC SAFETY RECORDS DIVISION,    555 WRIGHT WAY,
                 Carson City, NV 89711-0001
10787055       +Dena Johns, MFT Counseling,    8430 West Lake Mead Suite 100,    Las Vegas, NV 89128-7674
10787056        Desert Breeze Dental,    Acct No x3711,    8650 W. Spring Mountain Rd. Suite 101,
                 Las Vegas, NV 89117-4106
10787057       +Desert Shores Community Association,    Acct No xxxxxx0292,    2500 Regatta Dr,
                 Las Vegas, NV 89128-6800
10787058       +First Security Bank of Nevada,    Acct No xxxxxx7500,    Attn: Managing Officer,   P.O. Box 34240,
                 Las Vegas, NV 89133-4240
10787059       +Heidi Vater,   2945 Harbor Cove Dr.,    Las Vegas, NV 89128-7083
10787061       +Las Vegas Boat Harbor Inc.,    P.O. Box 60157,    Boulder City, NV 89006-0157
10787062       +Level Community Management,    Acct No x4711,    8966 Spanish Ridge Ave., Suite 100,
                 Las Vegas, NV 89148-1302
10787064       +MB Automotive - Restoration Shop,    6230 Greyhound Ln, Suite 1,    Las Vegas, NV 89122-7625
10787065        MIDLAND CREDIT MANAGEMENT,    Acct No Ending 5190,    P.O. Box 301030,    San Diego, CA 92108
10787063        Macy's American Express,    Acct No xxxxxx 9716,    Attn: Managing Officer,   P.O. Box 9001108,
                 Louisville, KY 40290-1108
10787070       +NORDSTROM,   Acct No xxxxxx 8905,    1600 SEVENTH AVENUE, SUITE 2600,    SEATTLE, WA 98101-2284
10787069       +Nevada State Bank,    Acct No xxxxxx1230,    P.O. Box 77404,    Trenton, NJ 08628-6404
10787043        OFFICE OF U.S. TRUSTEE,    OFFICE OF U.S. TRUSTEE,    Las Vegas, NV 89101-6637
10787071        QUEST DIAGNOSTICS,    Acct No xxxxxx8394,   P.O. BOX 740351,    Cincinnati, OH 45274-0351
10787072       +Regula E. Vater,    8544 Burning Tree Trail,    Franktown, CO 80116-9537
10787075        SYNCHRONY BANK/ Calico,    Acct No xxxxxxxxxxxx1902,    Attn: Managing Officer,   PO BOX 960061,
                 Orlando, FL 32896-0061
10787073       +Swyfft,   Acct No xxxx-xxxx05-00,    44 Headquarters Plaza, 4th Floor North,
                 Morristown, NJ 07960-3964
10787079       +The Dickerson Karacsonyi Law Group,    1745 Village Center Cir.,    Las Vegas, NV 89134-6303
10787045       +Transamerica Investors Securities Corpo,    440 Mamaroneck Avenue,    Harrison, NY 10528-2418
10787080       +Transamerica Investors Securities Corpor,    440 Mamaroneck Avenue,    Harrison, NY 10528-2418
10787081        Volkswagen Credit,    Acct No xxxxxx8287,    PO Box 5215,    Carol Stream, IL 60197-5215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: david@davidwinterton.com May 07 2019 02:54:38      DAVID J. WINTERTON,
                 7881 W. CHARLESTON BLVD., STE. 220,    LAS VEGAS, NV 89117
ust            +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov May 07 2019 02:54:50      U.S. TRUSTEE - LV - 11,
                 300 LAS VEGAS BOULEVARD S.,    SUITE 4300,   LAS VEGAS, NV 89101-5803
10787050       +EDI: CHASE.COM May 07 2019 06:53:00      CHASE BANK,   Acct No xxxx xxxx xxxx 4481,
                 Attn: Managing Officer,    P.O. BOX 15298,   Wilmington, DE 19850-5298
10787053        EDI: WFNNB.COM May 07 2019 06:53:00      COMENITY BANK / Restoration Hardware,
                 Acct No xxxxxxxxxxxx5190,    Attn: Managing Officer,   P.O. BOX 659705,
                 SAN ANTONIO, TX 78265-9705
10787054        EDI: WFNNB.COM May 07 2019 06:53:00      Comenity Bank / Victoria's Secret,
                 Acct No xxxxxx 3961,    Attn: Managing Officer,   PO Box 659728,    San Antonio, TX 78265-9728
10787060        EDI: IRS.COM May 07 2019 06:53:00      INTERNAL REVENUE SERVICE,    P.O. BOX 145595,
                 Cincinnati, OH 45250
10787042       +E-mail/Text: tax-bankruptcy@tax.state.nv.us May 07 2019 02:54:56      NEVADA DEPT OF TAXATION,
                 BANKRUPTCY SECTION,    555 E WASHINGTON AVE #1300,    Las Vegas, NV 89101-1046
10787066        EDI: NESF.COM May 07 2019 06:53:00      National Enterprise Systems,    Acct No 27290884 GE0003,
                 29125 Salon Road,    Solon, OH 44139-3442
10787067        EDI: NAVIENTFKASMSERV.COM May 07 2019 06:53:00       Navient,   Acct No xxxxxx 4945,
                 P.O. Box 9640,    Wilkes Barre, PA 18773-9640
10787068       +E-mail/Text: _DLBankruptcyDept@nvenergy.com May 07 2019 02:55:07      Nevada Energy,
                 6226 W Sahara Ave,    Las Vegas, NV 89146-3060
10787715       +EDI: PRA.COM May 07 2019 06:53:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
10787074       +EDI: RMSC.COM May 07 2019 06:53:00      SYNCHRONY BANK,   Acct No xxxxxx 3785,    PO BOX 965061,
                 Orlando, FL 32896-5061
10787076       +EDI: RMSC.COM May 07 2019 06:53:00      SYNCHRONY BANK/ GAP Visa,    Acct No xxxxxx 4761,
                 PO BOX 965061,    Orlando, FL 32896-5061
```

```
District/off: 0978-2          User: carruthnp              Page 2 of 2                   Date Rcvd: May 06, 2019
                              Form ID: 309E                Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
10787077         EDI: RMSC.COM May 07 2019 06:53:00      SYNCHRONY BANK/ Living Spaces,    Acct No xxxxxx 1065,
                   Attention: Managing Officer,    P.O. Box 960061,    Orlando, FL 32896-0061
10787078        +EDI: RMSC.COM May 07 2019 06:53:00      SYNCHRONY BANK/ Lowes,    Acct No xxxxxx 1295,
                   PO BOX 965061,    Orlando, FL 32896-5061
10787044        +E-mail/Text: sanfrancisco.bnc@ssa.gov May 07 2019 02:55:00       Social Security Administration,
                   160 Spear Street, Suite 800,    San Francisco, CA 94105-1545
10787082        +EDI: WFFC.COM May 07 2019 06:53:00      WELLS FARGO,    Acct No xxxxxx 5213,
                   Attn: Managing Officer,    PO BOX 10347,    Des Moines, IA 50306-0347
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA RECEIVABLES MANAGEMENT, LLC,    PO BOX 41021,    NORFOLK, VA 23541-1021
10787041*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court:   IRS,    110 CITY PARKWAY,    Las Vegas, NV 89106)
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2019 at the address(es) listed below:
              DAVID J. WINTERTON    on behalf of Debtor THOMAS L. VATER david@davidwinterton.com,
               christy@davidwinterton.com;tennille@davidwinterton.com;julie@davidwinterton.com;wintertondr85959@
               notify.bestcase.com
              U.S. TRUSTEE - LV - 11   USTPRegion17.lv.ecf@usdoj.gov
                                                                                             TOTAL: 2
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **THOMAS L. VATER** | Social Security number or ITIN   xxx–xx–8151 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Nevada** | | Date case filed for chapter   **11**   **5/3/19** |
| Case number:   **19–12796–abl** | | |

Official Form 309E (For Individuals or Joint Debtors)

# Notice of Chapter 11 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | THOMAS L. VATER | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 8100 SAPPHIRE BAY CIR<br>LAS VEGAS, NV 89128 | |
| 4. | **Debtor's attorney**<br>Name and address | DAVID J. WINTERTON<br>7881 W. CHARLESTON BLVD., STE. 220<br>LAS VEGAS, NV 89117 | Contact phone  (702) 363–0317<br>Email  david@davidwinterton.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 300 Las Vegas Blvd., South<br>Las Vegas, NV 89101 | Office Hours: 9:00 AM – 4:00 PM<br>Contact phone: (702) 527–7000<br>Date: 5/6/19 |

**For more information, see page 2 >**

Official Form 309E (For Individuals or Joint Debtors)          Notice of Chapter 11 Bankruptcy Case          page 1

Debtor **THOMAS L. VATER**                                                                                              Case number **19–12796–abl**

| 6. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 6, 2019 at 09:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **300 Las Vegas Blvd., South, Room 1500, Las Vegas, NV 89101** |
|---|---|---|---|
| 7. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** <br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or <br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | First date set for hearing on confirmation of plan. The court will send you a notice of that date later. **Filing deadline for dischargeability complaints: 8/5/19** |
|  |  | **Deadline for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: <br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br>• you file a proof of claim in a different amount; or <br>• you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | **9/4/19**   For a governmental unit: **10/30/19** |
|  |  | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 8. | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 9. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| 10. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| 11. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |